**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **CARLOS SILVA GUERRA** | ) | |
| | ) | |
| vs. | ) | **Case No. 26-cv-01474** |
| | ) | **Judge: David C. Joseph** |
| **BRIAN ACUNA, et al.** | ) | **Magistrate: Kayla D. McClusky** |

**ORDER**

    **IT IS ORDERED** that **Jacqueline Guinan, Esquire** be and is hereby admitted to the bar of this Court *pro hac vice* on behalf of **Carlos Silva Guerra** in the above described action.

    **SO ORDERED** on this, the 13th day of ___May___ p_____, 2026.

_____
U.S. Magistrate Judge