**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **CARLOS SILVA GUERRA** | **CIVIL ACTION NO. 26-CV-1474 SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 11] of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Carlos Silva Guerra's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 26th day of August 2026.

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE